Code: 7.193

PREVENTION AND RESPONSE TO BULLYING, INTIMIDATION AND HARASSMENT

Bullying, intimidation, and harassment diminish a student's ability to learn and a school's ability to educate. Preventing students from engaging in these disruptive behaviors and providing all students equal access to a safe, non-hostile learning environment are important District goals.

Bullying on the basis of actual or perceived race, color, national origin, military status, unfavorable discharge status from the military service, sex, sexual orientation, gender identity, gender-related identity or expression, ancestry, age, religion, physical or mental disability, order of protection status, status of being homeless, or actual or potential marital or parental status, including pregnancy, association with a person or group with one or more of the aforementioned actual or perceived characteristics, or any other distinguishing characteristic is prohibited in each of the following situations:

1. During any school-sponsored education program or activity.
2. While in school, on school property, on school buses or other school vehicles, at designated school bus stops waiting for the school bus, or at school-sponsored or school-sanctioned events or activities.
3. Through the transmission of information from a school computer, a school computer network, or other similar electronic school equipment.
4. Through the transmission of information from a computer that is accessed at a nonschool-related location, activity, function, or program or from the use of technology or an electronic device that is not owned, leased, or used by the School District or school if the bullying causes a substantial disruption to the educational process or orderly operation of a school. This paragraph (item #4) applies only when a school administrator or teacher receives a report that bullying through this means has occurred; it does not require staff members to monitor any nonschool-related activity, function, or program.

**DEFINITIONS**

<u>Bullying</u>
Bullying includes cyber-bullying and means any severe or pervasive physical or verbal act or conduct, including communications made in writing or electronically, directed toward a student or students that has or can be reasonably predicted to have the effect of one or more of the following:

1. Placing the student or students in reasonable fear of harm to the student's or students' person or property;
2. Causing a substantially detrimental effect on the student's or students' physical or mental health;
3. Substantially interfering with the student's or students' academic performance; or
4. Substantially interfering with the student's or students' ability to participate in or benefit from the services, activities, or privileges provided by a school.

# <u>Exhibit A</u>

Cyber-bullying
Cyber-bullying means bullying through the use of technology or any electronic communication, including without limitation any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic system, photo-electronic system, or photo-optical system, including without limitation electronic mail, Internet communications, instant messages, or facsimile communications. Cyber-bullying includes the creation of a webpage or weblog in which the creator assumes the identity of another person or the knowing impersonation of another person as the author of posted content or messages if the creation or impersonation creates any of the effects enumerated in the definition of bullying. Cyber-bullying also includes the distribution by electronic means of a communication to more than one person or the posting of material on an electronic medium that may be accessed by one or more persons if the distribution or posting creates any of the effects enumerated in the definition of bullying.

Restorative Measurers
Restorative measures means a continuum of school-based alternatives to exclusionary discipline, such as suspensions and expulsions, that: (i) are adapted to the particular needs of the school and community, (ii) contribute to maintaining school safety, (iii) protect the integrity of a positive and productive learning climate, (iv) teach students the personal and interpersonal skills they will need to be successful in school and society, (v) serve to build and restore relationships among students, families, schools, and communities, and (vi) reduce the likelihood of future disruption by balancing accountability with an understanding of students' behavioral health needs in order to keep students in school.

School Personnel
School personnel means persons employed by, on contract with, or who volunteer in a school district, including without limitation school and school district administrators, teachers, school guidance counselors, school social workers, school counselors, school psychologists, school nurses, cafeteria workers, custodians, bus drivers, school resource officers, and security guards.

**Bullying Prevention and Response Plan**
The Chief Executive Officer /designee shall develop and maintain a bullying prevention and response plan that advances the District's goal of providing all students with a safe learning environment free of bullying and harassment. This plan shall be consistent with the requirements listed below.

1. The District uses the definition of bullying as provided in this policy.

2. Bullying is contrary to State law and the policy of this District. However, nothing in the District's bullying prevention and response plan is intended to infringe upon any right to exercise free expression or the free exercise of religion or religiously based views protected under the First Amendment to the U.S. Constitution or under Section 3 of Article I of the Illinois Constitution.

3. Students are encouraged to immediately report bullying. A report may be made orally or in writing to the Coordinator of Student Discipline or any staff member with whom the student is comfortable speaking. Anyone, including staff members and parents/guardians, who has information about actual or threatened bullying is encouraged to report it to the Coordinator of Student Discipline or any staff member. Anonymous reports are also accepted at the District's website (u-46.org).

4. Consistent with federal and State laws and rules governing student privacy rights, the Chief Executive Officer /designee shall promptly inform the parent(s)/guardian(s) of every student

involved in an alleged incident of bullying and discuss, as appropriate, the availability of social work services, counseling, school psychological services, other interventions, and restorative measures.

5. The Chief Executive Officer/designee shall promptly investigate and address reports of bullying, by, among other things:
   a. Making all reasonable efforts to complete the investigation within 10 school days after the date the report of a bullying incident was received and taking into consideration additional relevant information received during the course of the investigation about the reported bullying incident.
   b. Involving appropriate school support personnel and other staff persons with knowledge, experience, and training on bullying prevention, as deemed appropriate, in the investigation process.
   c. Notifying the Principal or school administrator or designee of the reported incident of bullying as soon as possible after the report is received.
   d. Consistent with federal and State laws and rules governing student privacy rights, providing parents/guardians of the students who are parties to the investigation information about the investigation and an opportunity to meet with the Principal or school administrator or his or her designee to discuss the investigation, the findings of the investigation, and the actions taken to address the reported incident of bullying.

   The Chief Executive Officer /designee shall investigate whether a reported incident of bullying is within the permissible scope of the District's jurisdiction and shall require that the District provide the victim with information regarding services that are available within the District and community, such as counseling, support services, and other programs.

6. The Chief Executive Officer /designee shall use interventions to address bullying, that may include, but are not limited to, school social work services, restorative measures, social-emotional skill building, counseling, school psychological services, and community-based services.

7. A reprisal or retaliation against any person who reports an act of bullying is prohibited. A student's act of reprisal or retaliation will be treated as bullying for purposes of determining any consequences or other appropriate remedial actions.

8. A student will not be punished for reporting bullying or supplying information, even if the District's investigation concludes that no bullying occurred. However, knowingly making a false accusation or providing knowingly false information will be treated as bullying for purposes of determining any consequences or other appropriate remedial actions.

9. The District's bullying prevention and response plan must be based on the engagement of a range of school stakeholders, including students and parents/guardians.

10. The Chief Executive Officer /designee shall post this policy on the District's Internet website and include it in the student handbook, and, where applicable, post it where other policies, rules, and standards of conduct are currently posted. The policy must also be distributed annually to parents/guardians, students, and school personnel, including new employees when hired.

11. The Chief Executive Officer /designee shall assist the Board with its evaluation and assessment of this policy's outcomes and effectiveness. This process shall include, without limitation:

    a.   The frequency of victimization;
    b.   Student, staff, and family observations of safety at a school;
    c.   Identification of areas of a school where bullying occurs;
    d.   The types of bullying utilized; and
    e.   Bystander intervention or participation.

The evaluation process may use relevant data and information that the District already collects for other purposes. The Chief Executive Officer /designee must post the information developed as a result of the policy evaluation on the District's website, or if a website is not available, the information must be provided to school administrators, Board members, school personnel, parents/guardians, and students.

12.   The District's Bullying Prevention Plan shall be consistent with the District's Board Policies.


LEGAL REF.:     405 ILCS 49/; 105 ILCS 5/10-20.14, 5/24-24, and 5/27-23.7; 23 Ill. Admin. Code §§ 1.240 and § 1.280

2015
Adopted: 3.2.15

en Español

Select Language ▼

Powered by Google Translate

MAIN MENU ≡



SDU46



PAGES ≡

# Rider Rules

1. Observe classroom behavior expectations.
2. Be courteous; no profanity.
3. Do not eat or drink on the bus.
4. Keep the bus clean.
5. Cooperate with the driver.
6. Do not smoke.
7. Do not damage bus or equipment.
8. Stay in your seat.
9. Keep head, hands, and feet inside bus.
10. Do not fight, push or shove.
11. Do not tamper with bus equipment.
12. Do not bring pets on the bus.
13. Do not bring flammable material on the bus.
14. The bus driver is authorized to assign seats.
15. Have a safe trip.



## Big Bus Expectations and Responsibilities

When a bus arrives at a bus stop, the safest place for the student to be is at the bus stop waiting. It is for this reason that all students must be at their bus stop five minutes prior to the scheduled pick-up time. Students must be standing at the bus stop, not waiting in vehicles, houses or garages. If running on time, big buses are not required to wait for students who are not standing at the stop when the bus arrives. Please ensure your student at his/her bus stop five minutes before the scheduled pick-up time.

While at a bus stop, it is important for students to respect the rights of property owners. Students must not trample landscaping, climb on railings or stairways, play on cars, yards or in driveways or leave trash behind.

## Special Education and Preschool Expectations and Responsibilities

**Exhibit B**

the bus arrives, your child should be ready to exit your home and board the bus. If your child is not ready, the bus will wait one minute. If your child is not in the process of exiting the home and boarding the bus after the one-minute grace period has expired, the bus will continue on the scheduled route ensuring that the other students on the bus route are not waiting unnecessarily.

Students who follow these rules will not lose bus privileges.

## Bus Safety Standards

The Transportation Department is committed to providing the safest possible bus service for the children of our communities. To that end, we have the highest safety standards and implement the following procedures to ensure student safety:



- All vehicles are equipped with two-way radios and are in constant contact with dispatchers
- All vehicles carry a first-aid kit and fire extinguisher
- Students participate in emergency bus evacuation drills every year
- Drivers are required to inspect their bus prior to transporting students each day
- Every 2,000 miles our buses are scheduled for preventative maintenance
- Buses are inspected at a State-licensed facility every six month or 10,000 miles, whichever comes first
- A team of 9 full-time mechanics keep our fleet running at it's best
- GPS on all buses
- Video cameras on all buses purchased beginning with the 2012-13 school year

## CONTACT US

### 847-888-5000        INFO@U-46.ORG

**Give us your feedback    Subscribe to our Newsletter**

   



355 E. CHICAGO ST    ELGIN, IL 60120



Terms of Use  •  Questions or Feedback?
Blackboard Web Community Manager Privacy Policy (Updated)

https://www.u-46.org/Page/9137                                                                                                    2/3

en Español

Select Language ▼
Powered by Google Translate

MAIN MENU

**School District U-46 S.A.F.E. Program**

## SAFE School Year Guidelines

*S*upervised *A*ctivities *F*or Children of *E*mployed Parents

A Before and After School Program
For School Age Children in School District U-46

   S.A.F.E. is a DCFS License Exempt Program designed to provide quality care to children in School District U-46 who are currently enrolled in kindergarten through sixth grade, while their parents work or further their own education.

## OUR MISSION

   Our mission at S.A.F.E. is to promote and maintain self-worth, self-esteem, the physical, mental, and emotional growth of children through creative play and structured learning environments. Our program celebrates the diversity and uniqueness of each child and their family. The daily schedule is designed for the developmental levels, abilities, and interests of the children.

*Who Is Eligible?*
   Children in grades K – 6 who reside in the attendance area of participating schools and whose parents are employed or attending school may be in the S.A.F.E. program. Parents of kindergarten age children, please read "Program Hours" below.

*Program Description:*
   The S.A.F.E. staff consists of well-trained teachers and assistants. A minimum of one staff member will be provided for each 15 children in the program.
   The S.A.F.E. program will provide opportunities for children to participate in organized games, arts & crafts, computers and free choice activities. Each day after school children will have time in the gym and/or outdoors. Children will not be required to do homework, but homework assistance and a time set aside to do homework will be available. Afternoon snacks will be provided. Breakfast, for AM SAFE sites, is available through the school districts, Department of Food and Nutrition. For further information please visit their website at: www.u-46.org, Families, School Meals.

*Program Hours:*
   We will provide S.A.F.E. care *before* school (with the exception of, Glenbrook, Horizon, & Wayne), beginning at 6:30 A.M. until the start of the school day. After school, children may stay as long as necessary until 6:00 P.M. If you enroll your child in half day kindergarten classes, please read the following. Children enrolled in morning kindergarten may attend A.M. S.A.F.E. only, (note: not all sites offer A.M. S.A.F.E). S.A.F.E. is not available during school hours.

*Child Drop-off and Pick-up Requirements:*
   Each day a parent or authorized adult, (no teenagers see specific instructions on pick–up form), must come inside the building to sign their child(ren) in and out. For their safety, children will be released only to persons listed on the emergency card. A photo I.D. will be required if the S.A.F.E. employee does not recognize the person picking up a child. The S.A.F.E. supervisor on duty has the option of not releasing children to authorized pick up persons who appear to be on drugs or intoxicated. S.A.F.E. cannot allow middle school students, freshmen or sophomores to pick up brothers, sisters or other S.A.F.E. children. If any parent has a special need for a junior or senior high school student to pick up their sibling, Authorization form is available at site. Parents need to notify the S.A.F.E. site if child(ren) won't be attending P.M. S.A.F.E. Parents failing to meet this obligation risk the loss of childcare services.

*Program Dates:*
   S.A.F.E. is open on all regular school days. **There is NO S.A.F.E. available on District observed holidays and days off of school.** This includes Thanksgiving, Winter and Spring Break. Exceptions are for some Institute Days, School Improvement Days or Parent Teacher Conference Days. Please refer to the payment calendar for specific dates. Full-day care ("All Day") will be at available at Fox Meadow & Bartlett Elementary for all S.A.F.E. participants for these exceptions. Sign up for these full days off, 1-2 weeks in advance, at your school. If your child will attend any of these full days, there is $30.00 non-refundable fee per day, per child.

**Exhibit C**

*Fees:*
  $100.00 per week, per child, A.M. & P.M.
  $90.00 per week, per child, P.M. only
  $65.00 per week, per child, A.M. only
  $30.00 additional per day for full day care on Institute/School Improvement/Conference Days
  There will be a 10% discount for siblings.

Part-time fees are available for children attending less than five days per week on a regular basis. THERE IS A MINIMUM OF 3 DAYS REQUIRED. Hourly rates are not available. No combination of A.M. & P.M. on different days is available. You must sign up for either A.M., P.M. or A.M. & P.M. for all days your child(ren) are enrolled.

*Weekly payments:* All questions regarding your account must be referred to the S.A.F.E. Office.

➢ **Online Payments** will be available after your registration has been completed, Invoices will be emailed every week, for SAFE payment  Online payments are accepted up to 11:00PM on Sunday for the upcoming week. There is no processing fee for this service.
➢ **On Site Payments:** Are not accepted.
➢ **Payments made by check, money order, credit card or cash** are accepted at the S.A.F.E. Program Office, 355 E. Chicago St., Room 225, Elgin 60120
➢ The S.A.F.E. Program is not responsible for timeliness of payments sent through the U.S. mail.
➢ **Late payment fee of $15.00 applies to past due balances.** Please note that a $15.00 fee is charged weekly on accounts with a balance of $15.00 or more.

**Optional:** Parents may make payments monthly, bi-monthly provided the payment is not late.

**Past Due Accounts:** If payments are more than a week behind, your child may be removed from the program. Accounts 30 days past due will be submitted to district's collection agency. Call our office to make payment arrangements for past due balances.

**Credit will not be given for days absent**. Families will be charged for the days children are expected to attend, based on registration information.

**Extended Absences:** You will not be charged for extended absences of **one week, Monday through Friday.** The maximum amount of extended absences cannot exceed **2 weeks** throughout the school year. You must call the S.A.F.E. office in order to receive credit.

**Late Pick Up Fees:** $5.00 will be charged for each child picked up within 5 minutes after 6:00 P.M. An additional late charge of $1.00 per minute per child, will apply to every minute after 6:05. In case of emergency, parents must contact the S.A.F.E. employee in the building. Repeated late pick up will be dealt with on an individual basis

**NSF Checks:** Any NSF Check will be charged a $35.00 fee.

*Financial aid:* Please contact the agencies listed below to see **if you qualify.**
        YWCA Child Care Resource & Referral for **Kane and DuPage** County Residents
         Phone #: 630-790-6600  Website: www.ywcachicago.org
        Illinois Action for Children for **Cook** County Residents
        Phone #: 312-823-1100  Website: www.actforchildren.org

*Schedule changes:*
    Any permanent schedule changes need to be emailed a week in advance to: SAFEChildcare@u-46.org. Schedule changes can only begin on Mondays. No additional mornings or afternoons may be added unless they are permanent. Schedule changes may be limited. **Parent Responsibility:** Once you have confirmed a schedule change with the S.A.F.E. office, please inform your child's teacher of change.
*Toys & Games:*
    Children are not allowed to bring games and toys to S.A.F.E. S.A.F.E. assumes no responsibility for these items if they are lost, stolen or broken.

## Behavior/Discipline Policy

S.A.F.E. will provide a comfortable, secure environment for all children involved.  **Appropriate behavior and respect for staff and peers will be expected.**  Behavior, that disrupts program operation or endangers others or self, will be reported to parents and the S.A.F.E. Coordinator by the building staff. A plan for improving the behavior will be developed jointly by staff, child, and parents.  A progressive discipline approach will be used.  If behavior problems persist, the S.A.F.E. Coordinator will contact parents and the child may be dismissed from the program. The child will get a warning, **a** 1-day suspension, **a** 3-day suspension and/or **a** 1 week suspension before being dismissed from the program. In certain cases a child could be dismissed from the program without taking the above steps.  This would occur only in an extreme circumstance.  Example:  A child endangering others. **S.A.F.E. may not be the appropriate placement for children with special needs who require more individualized care.**

### Zero-Tolerance Policy for Children & Staff:

The zero-tolerance approach to weapons and any violent actions that is in effect in all U-46 schools is also policy in the S.A.F.E. Program.  Any S.A.F.E. student or staff member who brings a weapon of any kind to S.A.F.E. will be subject to arrest and expulsion/termination from the program.  Jokes and flippant remarks about violence are not allowed.  Such remarks or threats of violence, even if offered in a joking manner, are taken seriously and can lead to the student's expulsion or staff's termination from S.A.F.E. and possible arrest.

### Zero Tolerance Policy For Abuse:

**To foster a productive and safe environment we practice hands off policy.  We will not touch, hug, caress, or be alone with a child at anytime. Yelling and screaming, at children isn't acceptable at anytime.  Through a moderate tone of voice and eye contact the children will know they are in a loving, safe environment, while still enforcing the zero tolerance for abuse.**

### Bullying Policy:

The Board of Education adopted a policy regarding bullying that states:

Bullying of any kind is a violation of state law.  Bullying may include aggressive or negative gestures, or written, verbal of physical acts that place another student in reasonable fear of harm to person or property, or that has the effect of insulting or demeaning any student in such a way as to disrupt or interfere with the school's educational missions or the education of any student.  Bullying most often will occur when a student asserts physical or psychological power over, or is cruel to, another student.  Such behavior may include but is not limited to: pushing, hitting, threatening, name-calling, or other physical or verbal conduct of a belittling or browbeating nature.

**The parents of any student found guilty of bullying will be notified and the student will be referred to the building administrator to determine the appropriate intervention strategy that should be implemented to address the behavior.  Repeated offenses shall be handled pursuant to the district's standard disciplinary procedures. We ask that parents discuss with their children the inappropriateness of violence, either real, or in the form of threats to others.**

### Medication/Illness:

Due to legislation, there are very strict guidelines regarding administering medicine to children.  As a general rule, parent or guardian should give all medication to the child at home.  If this is absolutely not possible, parents must contact the S.A.F.E. Director or S.A.F.E. Coordinator, at 847-888-5000 Ext. 7607, to discuss medication needs and to set up proper procedure.

Children who are ill should not be brought to the S.A.F.E. program.  If illness develops during the program hours, parents or a person on the emergency card will be contacted and required to pick up the child.  Food or other allergies should be listed on the emergency form.

### Insurance:

Parents are responsible for medical insurance for their children.  Twenty-four hour coverage is available through the school.  Application forms are in the school office.

### Emergency Days:

The S.A.F.E. program cannot operate if the school is closed due to an emergency (weather, electric, etc.). Parents should listen to their local radio station for announcements regarding any emergencies.  If an emergency **develops during the day, staff will contact parent or an emergency number**.

## Any abuse of the S.A.F.E. Guidelines will result in the loss of service.

# Guidelines Are Subject to Change

### S.A.F.E. Program Site Phone Numbers

| | | | | |
|---|---|---|---|---|
| Bartlett | 630-483-5802 | | Horizon | 630-213-6261 |
| Clinton | 847-608-2787 | | Liberty | 630-540-7679 |
| Coleman | 847-888-7012 | | Lincoln | 847-488-1538 |
| Creekside | 847-289-6277 | | Nature Ridge | 630-497-0572 |
| Fox Meadow | 847-888-7191 | | Oakhill | 630-372-3202 |
| Glenbrook | 630-540-4062 | | Otter Creek | 847-888-6981 |
| Hanover Countryside | 630-736-7105 | | Prairieview | 630-213-6267 |
| Harriet Gifford | 847-608-4248 | | Spring Trail | 630-289-6782 |
| Hawk Hollow | 630-540-7669 | | Sycamore Trails | 630-830-0935 |
| Heritage | 630-372-5640 | | Timber Trails | 847-608-2785 |
| Highland | 847-608-2788 | | Wayne | 630-443-2867 |
| Hilltop | 847-488-1544 | | Willard | 847-888-7013 |
| | | | Office | 847-888-5000 |

Payment                                                                                                    Chart

- Credit is not given for days absent _unless_ it is a District holiday or District day off of school, such as an Institute Day, School Improvement Day, Parent Conference Day or Emergency Day (Snow Day).
- You may not add or switch days.
- Emergency days are made up at the end of the school year.
- Used emergency days will alter your final payment of the year.
- Following chart reflects 10% discount for each additional sibling.

Please note:  A minimum sign up of three days per week is required.  The chart below includes rates for less than three days to accommodate those using a three day schedule.  For example:  If your child attends Monday, Tuesday and Wednesday and Monday is a district holiday or district day off your required payment would be for two days.

| AM | 1 Day | 2 Days | 3 Days | 4 Days | 5 Days |
|---|---|---|---|---|---|
| 1 Child | $ 13.00 | $ 26.00 | $ 39.00 | $ 52.00 | $ 65.00 |
| Total for 2 children | $ 24.70 | $ 49.40 | $ 74.10 | $ 98.80 | $ 123.50 |
| Total for 3 children | $ 36.40 | $ 72.80 | $ 109.20 | $ 145.60 | $ 182.00 |

| PM | 1 Day | 2 Days | 3 Days | 4 Days | 5 Days |
|---|---|---|---|---|---|
| 1 Child | $ 18.00 | $ 36.00 | $ 54.00 | $ 72.00 | $ 90.00 |
| Total for 2 children | $ 34.20 | $ 68.40 | $ 102.60 | $ 136.80 | $ 171.00 |
| Total for 3 children | $ 50.40 | $ 100.80 | $ 151.20 | $ 201.60 | $ 252.00 |

| AM/PM | 1 Day | 2 Days | 3 Days | 4 Days | 5 Days |
|---|---|---|---|---|---|
| 1 Child | $ 20.00 | $ 40.00 | $ 60.00 | $ 80.00 | $ 100.00 |
| Total for 2 children | $ 38.00 | $ 76.00 | $ 114.00 | $ 152.00 | $ 190.00 |
| Total for 3 children | $ 56.00 | $ 112.00 | $ 168.00 | $ 224.00 | $ 280.00 |

██████████████
██████████

Thu 9/6/2018 3:48 PM

**To:** NellyRojas@u-46.org <NellyRojas@u-46.org>

Hi Nelly,

This is ██████████ father. I wanted to bring to your attention a problem ██████ has brought up to my wife and I a few times. Starting last week, ██████ told us that a boy named ██████ punched him. We let it go the first couple times thinking they were just messing around, but then yesterday, ██████ told us for the third time that ██████ punched him, but this time it was really hard and in the stomach. It was bad enough that ██████ couldn't eat dinner because he said his stomach hurt.

I would like to ask that you try to keep an eye on these two boys when they are together. I understand that you will not be able to keep them completely separated, but I would like to make sure ████████ isn't getting punched. I am going to bring this up to the SAFE staff as well because ██████ tells me that ██████ goes to SAFE with him.

I appreciate your support with this concern. Please reach out to me if you have any question or would like to update me with anything you witness.

Thanks!
- ██████

**<u>Exhibit D</u>**

Re: ████████████████

Nelly Rojas <nellyrojas@u-46.org>
Thu 9/6/2018 6:33 PM

**To:** ██████████████████████████

Hello ███████ Thanks for letting me know of this serious situation! I am so sorry to hear this has happened more than one time, it should have not happened even once. Sadly, this week ███████ did mentioned to me once about him being hit by ███████ I spoke to both boys, and after seeing for the past two weeks the bond they have created with each other and how good friends they are becoming, I did not think much of it. They do attract each other, and both are very smart boys. I did tell ███████ (seeing he is very quiet/shy most of the time when he is around friends) to speak up and tell the other person "friends don't do that", To say do not hit me, and that it is not ok! I have also told him to tell me if it happens again. Today I had a substitute teacher in the classroom. I do not know if it happened during the day, or during the SAFE program, or in the bus. Please, if you have a chance to talk to ███████ once more, find out the places and or times when it happened. Carpet time, recess, play time... I am good at keeping and eye on all students, and that is what we do these first days of school, talk about rules and how to respect and share with others. I will talk to ███████ privately first thing in the morning, then with the other student, lastly together.

Once again, many thanks for informing me,

N.Rojas

P.S. ███████ is participating often in the classroom, sharing his thoughts and knowledge, and paying attention when I teach in Spanish! He is doing a great job!

On Thu, Sep 6, 2018 at 3:48 PM ████████████████████████████ wrote:

Hi Nelly,

This is ████████████ father. I wanted to bring to your attention a problem ███████ has brought up to my wife and I a few times. Starting last week, ███████ told us that a boy named ███████ punched him. We let it go the first couple times thinking they were just messing around, but then yesterday, ███████ told us for the third time that ███████ punched him, but this time it was really hard and in the stomach. It was bad enough that ███████ couldn't eat dinner because he said his stomach hurt.

I would like to ask that you try to keep an eye on these two boys when they are together. I understand that you will not be able to keep them completely separated, but I would like to make sure ███████ isn't getting punched. I am going to bring this up to the SAFE staff as well because ███████ tells me that ███████ goes to SAFE with him.

I appreciate your support with this concern. Please reach out to me if you have any question or would like to update me with anything you witness.

Thanks!

- ███████

**Exhibit E**

--

Nelly Rojas
Kindergarten Teacher - Dual Language
Hillcrest **Elementary**
80 N. Airlite St.
Elgin, Il. 60123
(847)888-5282

U-46 Privacy Disclaimer

This message, including any attachments, may contain confidential information or proprietary information, and is intended for the person / entity to whom it was originally addressed. Any use by others is strictly prohibited.



Thu 9/6/2018 7:08 PM

**To:** Nelly Rojas <nellyrojas@u-46.org>

Hi Nelly - thank you for getting back to me so quickly.

Yes I agree, they seem very close and that's why I'm sure ██████ isn't doing it to hurt ██████ We have a 12 year old son as well, so we've been through this hitting stage with kindergarteners before. Both our boys are timid so they have trouble telling adults what is going on. I also think the kids are worried about getting in trouble for telling on another kid. For this reason, we told ██████ to be louder, even if he has to yell at whoever is hurting him. With all that being said, we are well aware that ██████ may not always be innocent, so please don't hesitate to let us know if you see or hear ██████ doing something inappropriate.

██████ said that the two most recent times he got punched was "on the yellow line waiting for recess" but I think the first time he told us, it happened at carpet time.

I read ██████ your P.S. message and it put a huge smile on his face. He goes to and comes from school very excited each day so I'm sure he's having a great time in class.

Thank you again!

- 

Sent from my Sprint Samsung Galaxy S® 6.

-------- Original message --------
From: Nelly Rojas <nellyrojas@u-46.org>
Date: 9/6/18 6:33 PM (GMT-06:00)
To ██████████████████
Subject: Re: ████████████

Hello ██████ Thanks for letting me know of this serious situation! I am so sorry to hear this has happened more than one time, it should have not happened even once. Sadly, this week ██████ did mentioned to me once about him being hit by ██████ . I spoke to both boys, and after seeing for the past two weeks the bond they have created with each other and how good friends they are becoming, I did not think much of it. They do attract each other, and both are very smart boys. I did tell ██████ (seeing he is very quiet/shy most of the time when he is around friends) to speak up and tell the other person "friends don't do that", To say do not hit me, and that it is not ok! I have also told him to tell me if it happens again. Today I had a substitute teacher in the classroom. I do not know if it happened during the day, or during the SAFE program, or in the bus. Please, if you have a chance to talk to ██████ once more, find out the places and or times when it happened. Carpet time, recess, play time... I am good at keeping and eye on all students, and that is what we do these first days of school, talk about rules and how to respect and share with others. I will talk to ██████ privately first thing in the morning, then with the other student, lastly together.

## Exhibit F

Once again, many thanks for informing me,

N.Rojas

P.S.  is participating often in the classroom, sharing his thoughts and knowledge, and paying attention when I teach in Spanish!  He is doing a great job!

On Thu, Sep 6, 2018 at 3:48 PM ███████████████████████████████ wrote:

> Hi Nelly,
>
> This is ████████████ father. I wanted to bring to your attention a problem ██████ has brought up to my wife and I a few times. Starting last week, ██████ told us that a boy named ████ punched him. We let it go the first couple times thinking they were just messing around, but then yesterday, ██████ told us for the third time that ████ punched him, but this time it was really hard and in the stomach. It was bad enough that ██████ couldn't eat dinner because he said his stomach hurt.
>
> I would like to ask that you try to keep an eye on these two boys when they are together. I understand that you will not be able to keep them completely separated, but I would like to make sure ██████ isn't getting punched. I am going to bring this up to the SAFE staff as well because ██████ tells me that ████ goes to SAFE with him.
>
> I appreciate your support with this concern. Please reach out to me if you have any question or would like to update me with anything you witness.
>
> Thanks!
> - ████

--
Nelly Rojas
Kindergarten Teacher - Dual Language
Hillcrest Elementary
80 N. Airlite St.
Elgin, Il. 60123
(847)888-5282

U-46 Privacy Disclaimer

This message, including any attachments, may contain confidential information or proprietary information, and is intended for the person / entity to whom it was originally addressed. Any use by others is strictly prohibited.

## Call

**Nelly Rojas** <nellyrojas@u-46.org>

Fri 10/12/2018 9:27 AM

**To:** ███████████████████████████████

Thanks ███████████ for your call regarding another student hitting ████████. I spoke to my MTSS coordinator (not the Social Worker as I mentioned on the phone); she is in charge of talking more in depth to the students regarding PBIS in the school. I brought her up to date on the situation. She will talk to both boys today, and I will give you a call at the end of the day. I also let the P.E. teacher know of the situation, since they are in the gym at the moment.

Thanks for letting me know. We will work together to prevent more unpleasant situations.
Respectfully,
N. Rojas
--
**Nelly Rojas**
**Kindergarten Teacher - Dual Language**
**Hillcrest Elementary**
**80 N. Airlite St.**
**Elgin, Il. 60123**
(847)888-5282

U-46 Privacy Disclaimer

This message, including any attachments, may contain confidential information or proprietary information, and is intended for the person / entity to whom it was originally addressed. Any use by others is strictly prohibited.

## Exhibit G